JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>MONARCH RECOVERY MANAGEMENT, INC.,<br><br>    Defendant. | Case No.   8:13-cv-01777-DOC-JPR<br><br>**Order Regarding Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii)  [8]** |

**It is Hereby Ordered that:**

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is hereby dismissed with prejudice, with each side to bear its own fees and costs.

DATED: January 7, 2014        By: _/s/ David O. Carter_
                                    HONORABLE DAVID O. CARTER

- 1 -